**Order filed, November 6, 2017.**



**In The**

# Court of Appeals
**For The**
# First District of Texas

_____

**NO. 01-17-00681-CV**

**CHARLES AND CECELIA WALL, Appellant**

**V.**

**STATE FARM LLOYDS, Appellee**

**On Appeal from the 269th District Court**
**Harris County, Texas**
**Trial Court Case   2014-20688**

## ORDER

The reporter's record in this case was due 10/02/2017.  *See* Tex. R. App. P. 35.1. On 10/05/2017, this court granted the court reporter an extension to file the record within 30 days.  The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order Kathleen Keese and Michelle Ognanovich, the official (or substitute) court reporter, to file the record in this appeal, if any, **within 30 days** of the date of this order.

No further extension will be entertained absent exceptional circumstances. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. See Tex. R. App. P. 35.3(c). If the reporter does not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM